IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLYDE GRIMM, JR.,** | : | |
| **Plaintiff,** | : | |
| v. | : | **CASE NO.**  2:20-1155 |
| **CACH, LLC, and RESURGENT CAPITAL SERVICES, L.P.** | : | |
| **Defendants.** | : | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendants CACH, LLC and Resurgent Capital Services, L.P. hereby remove the above-captioned matter to this Court from the Court of Common Pleas of Fayette County, Pennsylvania and in support thereof aver as follows:

1. Defendants are defendants in a civil action originally filed on or about June 18, 2020, in the Court of Common Pleas of Fayette County, Pennsylvania titled *Clyde Grimm v. CACH, LLC and Resurgent Capital Services, L.P.* and docketed to Case No. 1069 of 2020, G.D.

2. This removal is timely under 28 U.S.C. § 1446(b). Defendants received service of process by certified mail on July 2, 2020.

3. Pursuant to 28 U.S.C. § 1446, attached here as Exhibit A are copies of all process, pleadings, and orders Defendants received in the state court action.

4. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

1

5. On this date, Defendants have provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Fayette County, Pennsylvania.

WHEREFORE, Defendants CACH, LLC and Resurgent Capital Services, L.P. respectfully remove this case to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendants*

Dated: August 3, 2020

## CERTIFICATE OF SERVICE

I certify that on August 3, 2020, a true copy of the foregoing document was served as follows:

<u>*Via Email and U.S. Mail, Postage Prepaid*</u>
Kevin Abramowicz, Esq.
Kevin W. Tucker, Esq.
**EAST END TRIAL GROUP LLC**
186 42nd Street, P.O. Box 40127
Pittsburgh, PA 15201
kabramowicz@eastendtrialgroup.com
ktucker@eastendtrialgroup.com
*Counsel for Plaintiff*

<u>*Via U.S. Mail, Postage Prepaid*</u>
Prothonotary
Court of Common Pleas
Fayette County, Pennsylvania
61 E. Main Street
Uniontown, PA 15401

**MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendants*

Dated: August 3, 2020